**<u>NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER</u>**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000028
16-MAR-2023
07:52 AM
Dkt. 80 OAWST**

NO. CAAP-22-0000028

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN
MORTGAGE TRUST 2006-A6, Plaintiff-Appellee,
v.
KAILUA HOUSING CORPORATION, Defendant-Appellant
and
ANDREW S. MONTGOMERY, SUCCESSOR TRUSTEE OF THE JAMES F.
MONTGOMERY TRUST, U/A DATED APRIL 27, 1992, DIANE D. MONTGOMERY,
KEOPU MAUKA PROPERTY OWNERS ASSOCIATION, FIRST HAWAIIAN BANK,
KEOPU WATER ASSOCIATION, BANK OF AMERICAN, N.A., and DOES 2
through 20 inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC18100233)

<u>ORDER</u>
(By: Nakasone, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Amended Stipulation for
Dismissal of Appeal, filed March 15, 2023, by Defendant-
Appellant Kailua Housing Corporation, the papers in support, and
the record, it appears that (1) the appeal has docketed; (2) the
parties stipulated to dismiss the appeal with prejudice, under
Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have
addressed attorneys' fees and costs; and (3) the stipulation is

dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawai'i, March 16, 2023.


/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge